Case Number: 08-52265
Debtor Name: KALAL, RICHARD K.

Date: December 1, 2010
PROPOSED DISTRIBUTION

**FILED 2010 DEC -2 PM 1:17**
**US BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OH**
**AKRON**

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $2,750.08 |
| | Marc P. Gertz, Trustee, 11 S. Forge St., Akron OH 44304 | Administrative | 100 | $687.52 | $0.00 | $687.52 | $687.52 | $2,062.56 |
| | Marc P. Gertz, Trustee, 11 S. Forge St., Akron OH 44304 | Administrative | 100 | $46.62 | $0.00 | $46.62 | $46.62 | $2,015.94 |
| | Subtotals For Class Administrative 100.00% | | | $734.14 | $0.00 | $734.14 | $734.14 | |
| 2 | MACYS RETAIL HOLDINGS, INC. TSYS DEBT MGMT., INC. PO BOX 137 COLUMBUS, GA 31902-0137 | Unsecured | 300 | $372.89 | $0.00 | $372.89 | $3.03 | $2,012.91 |
| 3 | Discover Bank/DFS Services LLC PO Box 3025 New Albany, OH 43054-3025 | Unsecured | 300 | $10,958.28 | $0.00 | $10,958.28 | $88.93 | $1,923.98 |
| 4 | Capital Recovery II 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131 | Unsecured | 300 | $127.94 | $0.00 | $127.94 | $1.04 | $1,922.94 |
| 5 | AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP POB 3001 MALVERN PA 19355-0701 | Unsecured | 300 | $76.93 | $0.00 | $76.93 | $0.62 | $1,922.32 |
| 6 | LVNV Funding LLC as assignee of American Express c/o Resurgent Capital Services P.O. Box 10587 Greenville, SC 29603-0587 | Unsecured | 300 | $5,248.08 | $0.00 | $5,248.08 | $42.59 | $1,879.73 |
| 7 | Chase Bank USA, NA PO BOX 15145 Wilmington, DE 19850-5145 | Unsecured | 300 | $6,059.70 | $0.00 | $6,059.70 | $49.18 | $1,830.55 |
| 8 | US Bank/Retail Payment Solutions PO Box 5229 Cincinnati, OH 45201 | Unsecured | 300 | $2,165.86 | $0.00 | $2,165.86 | $17.58 | $1,812.97 |
| 11 | AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP POB 3001 MALVERN PA 19355-0701 | Unsecured | 300 | $23,717.10 | $0.00 | $23,717.10 | $192.48 | $1,620.49 |
| 12 | LVNV Funding LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | 300 | $20,113.69 | $0.00 | $20,113.69 | $163.23 | $1,457.26 |
| 13 | FirstMerit Bank NA 3 Cascade Plaza CAS 36 Akron, OH 44308 | Unsecured | 300 | $15,206.06 | $0.00 | $15,206.06 | $123.41 | $1,333.85 |
| 14 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF GE MONEY BANK/PAYPAL PLUS POB 35480 NEWARK NJ 07193-5480 | Unsecured | 300 | $1,997.36 | $0.00 | $1,997.36 | $16.21 | $1,317.64 |
| 15 | ECAST SETTLEMENT | Unsecured | 300 | $625.24 | $0.00 | $625.24 | $5.07 | $1,312.57 |

Handwritten annotations: "$4.69" (near claims 2, 4, 5); "Ck #1024 receipt #31962"

Date printed 12/1/2010 1:52 PM